In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

NO. 09-17-00028-CV

_____

IN THE ESTATE OF RUFUS JENNINGS HOLT

_____

On Appeal from the County Court at Law
Orange County, Texas
Trial Cause No. P16967A

_____

MEMORANDUM OPINION

The Court's Order of March 14, 2018, is withdrawn.

Elizabeth Holt Jackson, Appellant, and Mary Carolyn Holt, Appellee, jointly filed an agreed motion to set aside and vacate the trial court's judgment without reference to the merits and to remand the case to the trial court for rendition of a take-nothing judgment in accordance with the parties' settlement agreement. *See* Tex. R. App. P. 42.1(a)(2)(B). We grant the motion, set aside the trial court's judgment without regard to the merits, and remand the case to the trial court for

rendition of judgment in accordance with the parties' agreement. *See* Tex. R. App. P. 43.2(d).

VACATED AND REMANDED.

_____
STEVE McKEITHEN
Chief Justice

Submitted on March 14, 2018
Opinion Delivered March 15, 2018

Before McKeithen, C.J., Kreger and Horton, JJ.